March 28, 2011

Mr. Dennis P. Iavarone
Clerk of Court
United States District Court
Eastern District of North Carolina
P.O. Box 25670
Raleigh NC 27611

FILED

MAR 30 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Dear Sir,

As a matter of record, inasmuch as Mr. Cooper is a court-appointed attorney, I enclose herewith a copy of my letter to Mr. Cooper this date instructing him to withdraw as my attorney of record for reasons of ineffective counsel and other valid considerations.

Sincerely,

Peter M. Ebel
22891-112
FCI Butner
P.O. Box 1000
Butner NC 27509

Enclosure

In the Matter of: United States of America v. Peter M. Ebel
No. 5:10-HC-02124-BO